# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-010-00060-CV

### Unifund CCR Partners as Assignee of Citibank, Appellant

### v.

### Kevin Carden, Appellee

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-06-002888, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Unifund CCR Partners as assignee of Citibank filed notice of a rule 11 agreement between the parties of settlement. *See* Tex. R. Civ. P. 11. Pursuant to the terms of the agreement, appellant has filed a motion to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   April 30, 2010